UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HASSAN WRIGHT, individually and on behalf of all others similarly situated,
Plaintiff(s),

v.

UBER TECHNOLOGIES, INC. d/b/a Uber Eats,
Defendant(s).

Case No. 3:26-cv-07753-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ryan Crosswell, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Hassan Wright in the above-entitled action. My local co-counsel in this case is Liana Vitale, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 348772.

| | |
|---|---|
| SINGLETON SCHREIBER, LLP<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108 | JANOVE PLLC<br>979 Osos St., Ste. A5<br>San Luis Obispo, CA 93401 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (619) 771-3473 | (805) 505-9550 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rcrosswell@singletonschreiber.com | liana@janove.law |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36700.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2026

Ryan Crosswell
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan Crosswell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ______________________

______________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

NORTH CAROLINA
STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

**Ryan Robert Crosswell**
Bar # 36700

was licensed to practice law by the State of North Carolina on August 24, 2007.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 27th of May, 2026.

Secretary of the North Carolina State Bar

THE NORTH CAROLINA STATE BAR
SEAL
JULY 1, 1933